PROB 35
(Rev. 5/01)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

U.S. DISTRICT COURT
AUGUSTA DIV.

2014 DEC -9 A 11: 27

CLERK
SO. DIST. OF GA.

UNITED STATES OF AMERICA

v.

Shirley Scott

Crim. No. 3:03CR00005-001

On February 15, 2011, the above named was placed on supervised release for a period of five years. She has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

Samuel T. Akers
United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this 8th day of December, 2014.

Dudley H. Bowen, Jr.
United States District Judge